(September 30, 2011)

■ In the Matter of KEVIN EVANS, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [929 NYS2d 905]—

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, P.J., Centra, Fahey, Green and Gorski, JJ.

■ In the Matter of BERNARD PITTS, Petitioner, v MALCOLM R. CULLY, Superintendent, Livingston Correctional Facility, Respondent. [930 NYS2d 525]—

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, P.J., Centra, Fahey, Green and Gorski, JJ.